UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Frederick Deon McKoy**　　　　　　　　　　　　　　　**Docket No. 5:07-CR-112-1D**

### Petition for Action on Supervised Release

COMES NOW Corey Rich, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Frederick Deon McKoy, who, upon an earlier plea of guilty to 21 U.S.C. § 846, Conspiracy to Distribute and Possess with Intent to Distribute More Than 50 Grams of Crack Cocaine, was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge, on April 21, 2009, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Frederick Deon McKoy was released from custody on August 16, 2017, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On January 1, 2018, the defendant committed the criminal offenses of Driving While Impaired (18CR 50002) and Reckless Driving (18CR 700001) in Erwin, North Carolina. When confronted, the defendant took responsibility. He is very remorseful for his actions, and states this is an isolated incident that will not occur again. As it relates to this violation, it is the recommendation of this officer that the defendant serve 4 days, intermittently, in the custody of the Bureau of Prisons.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 4 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Eddie J. Smith<br>Eddie J. Smith<br>Supervising U.S. Probation Officer | /s/ Corey Rich<br>Corey Rich<br>U.S. Probation Officer<br>150 Rowan Street Suite 110<br>Fayetteville, NC 28301<br>Phone: 910-354-2540<br>Executed On: January 30, 2018 |

Frederick Deon McKoy
Docket No. 5:07-CR-112-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __31__ day of __January__, 2018, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
Chief U.S. District Judge